**NOT FOR PUBLICATION**

**FILED**

MAR 16 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| AXEL ARNULFO DONIS-ALEGRIA, AKA John Doe, AKA Louis Ramirez, | No.    15-72106 |
| Petitioner, | Agency No. A201-289-313 |
| v. | MEMORANDUM [*] |
| JEFFERSON B. SESSIONS III, Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 8, 2017[**]

Before:    LEAVY, W. FLETCHER, and OWENS, Circuit Judges.

Axel Arnulfo Donis-Alegria, a native and citizen of Guatemala, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for cancellation of removal.

We dismiss the petition for review.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review the agency's discretionary determination that Donis-Alegria failed to show exceptional and extremely unusual hardship to a qualifying relative. *See Martinez-Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005). Donis-Alegria's contention that the agency erred in not conducting a future-oriented hardship analysis is not supported by the record and does not amount to a colorable claim that would invoke our jurisdiction. *See id.* (absent a colorable constitutional claim or question of law, the court lacks jurisdiction to review the agency's discretionary hardship determination).

**PETITION FOR REVIEW DISMISSED.**